UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABIGAIL DILLER**,<br>        Plaintiff,<br>  v.<br>**DITECH FINANCIAL LLC, ET AL.**,<br>        Defendants. | Case No. 16-CV-04755<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 4 |

Plaintiff Abigail Diller has filed her Ex Parte Motion for Temporary Restraining Order. (Dkt. No. 4.)  Plaintiff's counsel's declaration indicates that she has given notice by facsimile to defendants Ditech Financial LLC and Barrett, Daffin, Frappier, Treder, & Weiss, LLP.  (Dkt. No. 4-1.)

Having reviewed the application for Temporary Restraining Order, the Memorandum of Points and Authorities, the Declarations of Abigail Diller, Eunji Cho, and Jessica Galletta, and the complaint filed herein, and good cause appearing, the Court **GRANTS** the Motion and **ORDERS** as follows:

**ORDER TO SHOW CAUSE**

Defendants Ditech Financial LLC and Barrett, Daffin, Frappier, Treder, & Weiss, LLP are **ORDERED TO SHOW CAUSE** why a preliminary injunction should not be entered against you to restrain and enjoin you and your agents, assigns and/or transferees, from proceeding with the foreclosure of the real property located at 2893 Regatta Drive, Oakland, California 94601, APN # 025-0738-033 (the "Subject Property"), encumbering or transferring any right, title, or interest in the Subject Property, or taking any other enforcement actions, pending trial or further order of this Court.

**TEMPORARY RESTRAINING ORDER**

Pending hearing on the Order to Show Cause, defendants Ditech Financial LLC and Barrett, Daffin, Frappier, Treder, & Weiss, LLP, and their agents, assigns, and/or transferees, are restrained and enjoined from proceeding with the foreclosure of the Subject Property, encumbering or transferring any right, title, or interest in the Subject Property, or taking any other enforcement actions.

**IT IS FURTHER ORDERED THAT,**

1. Plaintiff shall serve this Temporary Restraining Order and Order to Show Cause on defendants forthwith by email and/or facsimile and in no event later than **August 19, 2016 by 5:00 p.m.** and by personal service by August 22, 2016. Proof of such service shall be filed no later than **August 26, 2016.**
2. Any opposition to the Order to Show Cause shall be filed no later than 12:00 p.m. on **August 26, 2016.**
3. Any written reply shall be filed no later than **August 29, 2016.**
4. Hearing on the Order to Show Cause for Preliminary Injunction shall be held on **September 1, 2016, at 8:00 a.m.** in Courtroom 1, Federal District Courthouse, 1301 Clay Street, Oakland, California.
5. The Court will reserve on the filing of an undertaking until the scheduled hearing.

The Court will entertain a modified schedule for briefing and hearing, and extension of the Temporary Restraining Order, if presented by stipulation of the parties.

**IT IS SO ORDERED.**

Dated: August 19, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**