# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABIGAIL DILLER,** | CASE NO. 16-cv-04755-YGR |
| Plaintiff, | |
| vs. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| **DITECH FINANCIAL, LLC, ET AL.,** | Re: Dkt. No. 35 |
| Defendants. | |

On April 3, 2017, defendants filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 35.)

On April 17, 2017, plaintiff filed her notice of non-opposition to the motion to dismiss, indicating that she intends to file an amended complaint. (Dkt. No. 42.) On April 24, 2017, plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Dkt. No. 43.) In light of the filing of the amended complaint, defendants' motion to dismiss is **DENIED AS MOOT**. The hearing currently set for May 16, 2017 is hereby **VACATED**.

This Order terminates Docket Number 35.

**IT IS SO ORDERED.**

Dated: April 26, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**