**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ABIGAIL DILLER,**<br><br>      **Plaintiff,**<br><br>   **vs.**<br><br>**DITECH FINANCIAL, LLC, ET AL.,**<br><br>      **Defendants.** | Case No.: 16-CV-4755 YGR<br><br>**ORDER TENTATIVELY GRANTING MOTION OF THE MELLEN LAW FIRM TO BE RELIEVED AS PLAINTIFF'S COUNSEL AND NOTICE TO UNREPRESENTED PARTY**<br><br>**DKT. NO. 49** |

The motion of the Mellen Law Firm, ("Counsel") to be relieved as counsel for plaintiff Abigail Diller (Dkt. No. 49) is scheduled for hearing on July 25, 2017 at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, in Courtroom 1, United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, California. Plaintiff Diller did not file any opposition to the motion.

The Court having read and considered the moving papers, the proof of service on the Client, and all other matters relevant to the motion, and good cause appearing therefore, tentatively **GRANTS** the Motion to Be Relieved As Counsel, *__effective after the hearing on July 25, 2017__*.

No later than July 25, 2017, Counsel shall file a notice with the Court of plaintiff's current and/or last known address. Counsel shall also notify plaintiff of the July 25, 2017 hearing on the motion and shall provide a copy of this Order and the order granting in part defendants' motion to dismiss at Docket Number 54.

**PLAINTIFF IS HEREBY NOTIFIED** of the following effects of this order should it become final on July 25, 2017. IF YOU OBJECT TO YOUR ATTORNEY WITHDRAWING, YOU MAY APPEAR IN PERSON ON JULY 25, 2017.

---

**NOTICE**

You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. **If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.** If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that **may adversely affect your interests or result in your losing your case**.

---

**IT IS SO ORDERED.**

Dated: July 13, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**