Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902

Attorney for Plaintiff,
ABIGAIL DILLER

**GRANTED**
*Judge Yvonne Gonzalez Rogers*
9/22/2017

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL DILLER, an individual;<br><br>    Plaintiffs,<br><br>    vs.<br><br>DITECH FINANCIAL, LLC., a business entity; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, a business entity; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 4:16-cv-04755-YGR<br><br>[Assigned to Hon. Yvonne G. Rogers]<br><br>**NOTICE OF VOLUNTARY DIMISSAL OF ACTION, WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, Abigail Diller ("Plaintiff") hereby dismisses Northern District Case number 4:16-cv-04755-YGR pursuant to the Parties' settlement agreement. No Answer or Motion for Summary Judgment has been filed in this action. Therefore, dismissal pursuant to FRCP 41 is appropriate. This dismissal is made, with prejudice.

Date: September 20, 2017                Respectfully submitted,

                                        MELLEN LAW FIRM


                                        */s/ Jessica Galletta*
                                        Jessica Galletta, Esq.
                                        Attorney for Plaintiff
                                        ABIGAIL DILLER

1

# CERTIFICATE OF SERVICE
United States District Court – Northern District of California
Case Number: 4:16-cv-04755-YGR

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Mellen Law Firm, One Embarcadero Center, Fifth Floor, San Francisco, CA 94111.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF VOLUNTARY DIMISSAL OF ACTION, WITH PREJUDICE**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

**Xiyi Fu**
American Mortgage Law Group, P.C.
75 Rowland Way, Suite 350
Novato, CA 94945
415-878-0030
415-878-0035 (fax)
Jackie.Fu@lockelord.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

This declaration is executed in San Francisco, California on September 20, 2017.

Jessica Galletta  /s/ Jessica Galletta
(Type or Print Name)  (Signature of Declarant)